TOM STANLEY
315 W. 9th Street
Suite 906
Los Angeles, CA 90015
SBN 45990
(818) 986-1506

Attorney for Defendant
OSBALDO SARABIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 07-315 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME |
| v. | ) | |
| CARLOS SARABIA, et al, | ) | |
| Defendants. | ) | |

     Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Kevin P. Rooney, stipulate and agree that the Change of Plea hearing set for December 15, 2008, at 9:00 a.m. be continued to February 2, 2009, at 9:00 a.m.

     The parties further stipulate that the time that the time period up to an including the hearing date of February 2, 2009, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the parties need to continue settlement discussions and negotiations. This process has taken more time than the parties originally anticipated. For this reason, the defendants, defense counsel, and the government agree additional time is required for the defense and government to try and resolve this case in the interests of justice under 18 U.S.C.

1  § 3161 (h) (8) (B) (iv).

2  Dated: December 11, 2008.

3                                  Respectfully submitted,

5                                  /s/Tom Stanley
                                 TOM STANLEY
6                                  Attorney for Defendant
                                 CARLOS SARABIA

8  Dated: December 11, 2008.           /s/Tom Stanley
9                                  Authorized to sign for KEVIN P. ROONEY
                                 Assistant United States Attorney on 12/11/08

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court continues the Change of Plea hearing from December 15, 2008, at 9:00 a.m. until February 2, 2009, at 9:00 a.m.

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including February 2, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:   December 12, 2008**             /s/ Oliver W. Wanger
                                                         **UNITED STATES DISTRICT JUDGE**