LAWRENCE G. BROWN
Acting United States Attorney
KEVIN P. ROONEY, AUSA
Robert E. Coyle Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-CR-00315 OWW |
| Plaintiff, | STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE |
| v. | |
| CARLOS SARABIA, et al., | DATE: April 13, 2009<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 3 |
| Defendants. | Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference presently set for April 13, 2009 at 9:00 a.m. is continued until May 11, 2009, at 9:00 a.m., to be heard before the Honorable Oliver W. Wanger, Courtroom 3 and that the resulting period of delay occurring between April 13, 2009, and the date for the status conference shall be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F)

IT IS SO ORDERED.

**Dated:   April 9, 2009**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE