| | |
|---|---|
| 1 | TOM STANLEY |
| | 315 W. 9th Street |
| 2 | Suite 906 |
| | Los Angeles, CA 90015 |
| 3 | SBN 45990 |
| | (818) 986-1506 |
| 4 | |
| | Attorney for Defendant |
| 5 | OSBALDO SARABIA |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NO. CR 07-315 OWW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING HEARING |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| CARLOS SARABIA, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley and Plaintiff, United States of America, by its counsel, Assistant United States Attorney Kathleen A. Servatius, stipulate and agree that the Status Conference/Change of Plea hearing set for May 11, 2009, at 9:00 a.m. be continued to June 8, 2009, at 9:00 a.m.

The parties further stipulate that the time that the time period up to an including the hearing date of June 8, 2009, should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the parties need to continue settlement discussions and negotiations. This process has taken more time than the parties originally anticipated. For this reason, the defendants, defense counsel, and the government agree additional time is required for the defense and government to try and resolve this case in the interests of justice under 18 U.S.C.

§ 3161 (h) (8) (B) (iv).

Dated: May 8, 2009.

                                  Respectfully submitted,

/s/Tom Stanley
TOM STANLEY
Attorney for Defendant
CARLOS SARABIA

Dated: May 8, 2009.        /s/Tom Stanley
AUSA KATHLEEN A. SERVATIUS
Authorized to sign on 5/8/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court continues the Status Conference/Change of Plea hearing from May 11, 2009, at 9:00 a.m. until June 8, 2009, at 9:00 a.m.

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including June 8, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:     May 11, 2009**             /s/ Oliver W. Wanger
                               **UNITED STATES DISTRICT JUDGE**