1  TOM STANLEY
   315 W. 9th Street
2  Suite 906
   Los Angeles, CA 90015
3  SBN 45990
   (818) 986-1506
4
   Attorney for Defendant
5  CARLOS SARABIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA    )    CASE NO. CR 07-315 OWW
                               )
13                             )    STIPULATION AND
              Plaintiff,       )    ORDER CONTINUING HEARING
14                             )    AND EXCLUDING TIME
        v.                     )
15                             )
                               )
16                             )
   CARLOS SARABIA, et al,      )
17                             )
                               )
18            Defendants.      )
                               )
19

20      Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley and Plaintiff, United

21 States of America, by its counsel, Assistant United States Attorney Kathleen A. Servatius, stipulate

22 and agree that the Status Conference/Change of Plea hearing set for June 8, 2009, at 9:00 a.m. be

23 continued to June 29, 2009, at 1:30 p.m.

24      The parties further stipulate that the time that the time period up to an including the hearing

25 date of June 29, 2009, should be excluded from the computation of time for commencement of trial

26 under the Speedy Trial Act based upon the parties need to continue settlement discussions and

27 negotiations. This process has taken more time than the parties originally anticipated. For this

28 reason, the defendants, defense counsel, and the government agree additional time is required for

   the defense and government to try and resolve this case in the interests of justice under 18 U.S.C.

1  § 3161 (h) (8) (B) (iv).

2  Dated: June 4, 2009.

3                                            Respectfully submitted,

5                                            /s/Tom Stanley
6                                            TOM STANLEY
                                             Attorney for Defendant
                                             CARLOS SARABIA

8  Dated: June 4, 2009.                      /s/Tom Stanley
9                                            AUSA KATHLEEN A. SERVATIUS
                                             Authorized to sign on 6/4/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court continues the Status Conference/Change of Plea hearing from June 8, 2009, at 9:00 a.m. until June 29, 2009, at 1:30 p.m.

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including June 29, 2009, at 1:30 p.m.

**IT IS SO ORDERED.**

**Dated:   June 5, 2009**                              /s/ Oliver W. Wanger
                                                      **UNITED STATES DISTRICT JUDGE**