TOM STANLEY
315 West 9th Street
Suite 906
Los Angeles, Ca. 90015
State Bar No. 45990
(818) 986-1506

Attorney for Defendant
CARLOS SARABIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-315 OWW |
| Plaintiff, | |
| | MOTION TO (1) VACATE TRIAL CONFIRMATION HEARING; (2) VACATE TRIAL DATE; (3) SET STATUS CONFERENCE; AND ORDER; DECLARATION OF TOM STANLEY |
| vs. | |
| CARLOS SARABIA | |
| Defendant. | |

Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley, hereby moves this Court to: (1) Vacate the Trial Confirmation Hearing set for September 28, 2009; (2) Vacate the Trial Date set for October 6, 2009; and (3) Set a Status Conference. The motion is made on the grounds of defense counsel's health issues, as set forth in Declaration of Tom Stanley. It is

SARABIA-MOTION &  ORDER               1

PDF created with pdfFactory trial version www.pdffactory.com

further requested that time be excluded from September 28, 2009 until the date of the Status Conference.

Dated: September 24, 2009.

                              /s/Tom Stanley
                              TOM STANLEY
                              Attorney for Defendant
                              OSBALDO SARABIA

SARABIA-MOTION & ORDER      2

PDF created with pdfFactory trial version www.pdffactory.com

DECLARATION OF TOM STANLEY

I, TOM STANLEY, declare as follows:

1. I am the attorney of record for the defendant and am duly authorized to practice law before this Court. This declaration is bases upon my personal knowledge and I am competent to testify the matters set forth herein.

2. On September 16, 2009, I had a medical exam with my Kaiser physician. He determined that I should undergo an Echo Cardiogram test and Treadmill test. The tests were scheduled for Monday September 21 and Wednesday September 23. The results of the Echo Cardiogram test disclosed a problem and I was scheduled for consultation with a Cardiologist today, September 24. The Cardiologist informed me that my aortic valve is not functioning properly I will need surgery to replace it. Dr, Shah referred to the Kaiser Sunset Cardiac Unit to schedule the surgery. I was also scheduled for an Angiogram on Monday September 28, to determine if I have blocked arteries that would require by-pass surgery.

3. In the afternoon, September 24, I telephoned AUSA Kathleen Servatius and informed her of the situation.

4. For the reasons set forth above, I am requesting that this Court Vacate the Trial Confirmation Hearing and Trial Date and set a Status Hearing in approximately six weeks so my health situation can be determined. My suggestion would be November 16, 2009 or any other date acceptable to this Court and counsel.

I declare that the foregoing is true and correct to the best of my knowledge. Executed on September 24, 2009, at Los Angeles, California.

                                                              /s/_____
                                                              TOM STANLEY

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based upon the motion of defendant and the Declaration of Tom Stanley, IT IS HEREBY ORDERED that (1) the Trial Confirmation Hearing set for September 28, 2009 is vacated; (2) the Trial Date set for October 6, 2009 is vacated; (3) the case is set for a Status Conference on November 16, 2009 at 1:30 in courtroom 3 before Senior Judge Oliver W. Wanger . IT IS FURTHER ORDERED that the time should be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the need to resolve the medical issues of defense counsel.

IT IS SO ORDERED

Dated: _September 25, 2009___.        __/s/ OLIVER W. WANGER_____
                                       OLIVER W. WANGER
                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF MAILING

I hereby certify that on September 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

KATHLEEN A. SERVATIUS
AUSA
kathleen.servatius@usdoj.gov


/s/ Tom Stanley
TOM STANLEY
Attorney for Defendant
315 W. 9th Street, Suite 906
Los Angeles, CA 90015
(818) 986-1506 Office
(213) 683-4803 Fax
tomstanleylaw@yahoo.com

SARABIA-MOTION & ORDER                5

PDF created with pdfFactory trial version www.pdffactory.com