1  TOM STANLEY
   315 W. 9th Street
2  Suite 906
   Los Angeles, CA 90015
3  SBN 45990
   (818) 986-1506
4
   Attorney for Defendant
5  CARLOS SARABIA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA            )   CASE NO. CR 07-315 OWW
                                       )
13                                     )   STIPULATION AND
                 Plaintiff,            )   ORDER CONTINUING HEARING
14                                     )   AND EXCLUDING TIME
          v.                           )
15                                     )
                                       )
16                                     )
   CARLOS SARABIA, et al,              )
17                                     )
                                       )
18               Defendants.           )
                                       )
19

20        Defendant, Carlos Sarabia, by and through his counsel, Tom Stanley and Plaintiff, United

21 States of America, by its counsel, Assistant United States Attorney Kathleen A. Servatius, stipulate

22 and agree that the Status Conference set for November 16, 2009, at 1:30 p.m. be continued to

23 December 14, 2009, at 1:30 p.m. The additional time is necessary because defense counsel, Tom

24 Stanley, is recovering from aortic valve replacement surgery on October 29, 2009, including being

25 unable to drive for six (6) weeks.

26        The parties further stipulate that the time that the time period from November 16, 2009 up

27 to an including the hearing date of December 14, 2009, should be excluded from the computation

28 of time for commencement of trial under the Speedy Trial Act based upon the health of defense

   counsel and the need of parties to continue settlement discussions and negotiations. For this reason,

1  the defendant, defense counsel, and the government agree additional time is required for the
2  defense and government to try and resolve this case in the interests of justice under 18 U.S.C. §
3  3161 (h) (8) (B) (iv).

5  Dated: November 10, 2009.

                                      Respectfully submitted,

                                      /s/Tom Stanley
                                      TOM STANLEY
                                      Attorney for Defendant
                                      CARLOS SARABIA

Dated: November10, 2009.        /s/Tom Stanley
                                      AUSA KATHLEEN A. SERVATIUS
                                      Authorized to sign on 11/10/09

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. Based upon the representations and stipulation of counsel, the Court continues the Status Conference hearing from November 16, 2009, at 1:30 p.m. until December 14, 2009, at 1:30 p.m.

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from November 16, 2009 up to and including December 14, 2009 shall be excluded from the computation of time for commencement of trial under the Speedy Trial Act based upon the health of defense counsel and the need of parties to continue settlement discussions and negotiations.

**IT IS SO ORDERED.**

**Dated:  November 12, 2009**          /s/ Oliver W. Wanger
**UNITED STATES DISTRICT JUDGE**