1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    DAVID M. PORTER, Bar #127024
     Assistant Federal Defender
3    Counsel Designated for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5

6    Attorneys for Defendant
     CARLOS SARABIA
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:07-cr-00315-AWI-1

12               Plaintiff,                 **STIPULATED MOTION AND ORDER TO
                                            REDUCE SENTENCE PURSUANT TO 18**
13        v.                                **U.S.C. § 3582(c)(2)**

14   CARLOS SARABIA,                        RETROACTIVE DRUGS-MINUS-TWO
                                            REDUCTION CASE
15               Defendant.
                                            Judge:  Honorable ANTHONY W. ISHII
16

17        Defendant, CARLOS SARABIA, by and through his attorney, Assistant Federal

18   Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19   counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20        1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21   imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22   based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23   pursuant to 28 U.S.C. § 994(o);

24        2.     On August 2, 2010, this Court sentenced Mr. Sarabia to a term of 128 months

25   imprisonment;

26        3.     His total offense level was 33, his criminal history category was I, and the

27   resulting guideline range was 135 to 168 months;

28

     Stipulation and Order Re: Sentence Reduction              1

4.      The sentencing range applicable to Mr. Sarabia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of November 1, 2015;

5.      Mr. Sarabia's total offense level has been reduced from 33 to 31, and his amended guideline range is 120 to 135 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sarabia's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  February 25, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   February 25, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
CARLOS SARABIA

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sarabia is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 120 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2010 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1    Unless otherwise ordered, Mr. Sarabia shall report to the United States Probation Office

2    within seventy-two hours after his release.

3    IT IS SO ORDERED.

4

5    Dated:    February 26, 2015    _____

                                    SENIOR   DISTRICT   JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28