UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  **RE: Carlos Sarabia**
Senior United States District Judge          **Docket Number: 0972 1:07CR00315-001**
Fresno, California                                      **<u>PERMISSION TO TRAVEL</u>**
                                                                  **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

Carlos Sarabia is requesting permission to travel to Tijuana, Rosarito, Mexico. Carlos Sarabia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 2, 2010, Carlos Sarabia was sentenced for the offense of 21 USC 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine after having pled guilty to Count One of a Superseding Indictment.

**Sentence Imposed:** 128 months custody of the Bureau of Prisons (sentence of imprisonment reduced to 120 months pursuant to 18 USC 3582(c)(2) on 2/27/2015) followed by a 60-month supervised release term. Special conditions include: Search; Financial disclosure; Drug/alcohol treatment and testing; Abstain from alcohol; and Aftercare co-payment.

**Dates and Mode of Travel:** The offender's dates of travel will be December 19-27, 2015. He will take Amtrak from Modesto, California, to San Diego, California, and then the trolley from San Diego to Baja California, Mexico.

**Purpose:** To visit his children (girls, ages 10 and 15) whom he has not seen for the past eight years.

1

**RE:** **Carlos Sarabia**
  **Docket Number:  0972 1:07CR00315-001**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Jose A. Figueroa*

Jose A. Figueroa
United States Probation Officer

Dated:   December 8, 2015
    Modesto, California
    JAF/lr

            */s/ Brenda Barron-Harrell*
**REVIEWED BY:**   **Brenda Barron-Harrell**
            **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

  ☒   Approved    ☐   Disapproved

IT IS SO ORDERED.

Dated:  December 8, 2015            _____
                    SENIOR DISTRICT JUDGE

2