UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Carlos Sarabia**<br>**Docket Number: 0972 1:07CR00315-01**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:


Carlos Sarabia is requesting permission to travel to Tijuana, Rosarito, Mexico.  Carlos Sarabia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 2, 2010, Carlos Sarabia was sentenced for the offense of 21 USC 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:**  128 months custody of the Bureau of Prisons (sentence of imprisonment reduced to 120 months pursuant to 18 USC 3582(c)(2) on 2/27/2015) followed by a 60-month supervised release term.  Special conditions include:  Search; Financial disclosure; Drug/alcohol treatment and testing; Abstain from alcohol; and Aftercare co-payment.

**Dates and Mode of Travel:**  The offender's dates of travel will be June 29, 2016 through July 17, 2016.  He will take Amtrak train #702 from Modesto, California, to San Diego, California, then Mexico, with a final destination at 1812 Circuito Roma, San Marino, Tijuana, Mexico.

**Purpose:**  Daughter's school graduation.

1

**RE:**   **Carlos Sarabia**
          **Docket Number:  0972 1:07CR00315-01**
          **<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


In addition, it is also respectfully requested Your Honor provide the Probation Officer with the discretion to authorize any further travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security (or other appointed border security official) upon his entry and exit from Mexico.

Respectfully submitted,

*/s/ Jose A. Figueroa*

Jose A. Figueroa
United States Probation Officer


Dated:   June 17, 2016
         Modesto, California
         JAF/lr

*/s/ Brenda Barron-Harrell*

**REVIEWED BY:**   **Brenda Barron-Harrell**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved          ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 20, 2016

SENIOR  DISTRICT  JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX